[No. 27716-0-III.   Division Three.   December 24, 2009.]

*In the Matter of the Detention of* ANNA SCHUMACHER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 08-6-00686-6, Michelle L. Ressa Weber, J. Pro Tem., entered December 4, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27861-1-III.   Division Three.   December 24, 2009.]

*In the Matter of the Estate of* LEE C. JACKSON.

BRYAN L. JACKSON, *as Personal Representative, Respondent,* v. DIANE LOER, *Individually, as Beneficiary, and as Successor Trustee, Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 08-4-00024-3, Vic L. VanderSchoor, J., entered January 16, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 27932-4-III.   Division Three.   December 24, 2009.]

THE STATE OF WASHINGTON, *Appellant,* v. RODOLFO RAMIREZ TINAJERO, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-01924-9, Blaine G. Gibson, J., entered February 13, 2009. *Reversed* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.